**DRAKE et al. v. RUBLE et al.**

No. 9865—Opinion Filed Dec. 17, 1918.

(176 Pac. 920.)

(Syllabus.)

### Appeal and Error—Proceedings in Error—Time—Jurisdiction.

Proceedings in error in this court must be filed within six months after the rendition of final order sought to be reviewed, and if not so filed, this court is without jurisdiction to entertain the appeal.

Error from District Court, Wagoner County; Mark L. Bozarth, Judge.

Action between W. T. Drake and others and Otis H. Ruble and others. Judgment for the latter, and the former bring error. Appeal dismissed.

Graves & Dickey, for plaintiffs in error.

Geo. K. Powell, for defendants in error.

HARDY, J. This is an appeal from the district court of Wagoner county. Judgment was rendered against the defendants on the 20th day of July, 1917. Motion for a new trial was overruled on the 6th day of October, 1917. The appeal was lodged in this court on April 8, 1918, more than six months from the date of the final order and judgment of the court sought to be appealed from. Defendants in error file motion to dismiss the appeal for the reason that petition in error was not filed in this court within the time prescribed by law.

Proceedings in error in this court must be filed within six months after the rendition of the final order sought to be reviewed, and, if not so filed, this court is without jurisdiction to entertain the appeal. Phillips v. Dillingham, 44 Okla. 102, 144 Pac. 363; Dill v. Flesher, 53 Okla. 359, 156 Pac. 1191; Williams v. Thompson, 68 Okla. 301, 174 Pac. 268.

The appeal is therefore dismissed.